IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDUARDO L. FEBO SALGADO     CASE NUM:10-07007(ESL)
ANA M. LOPEZ GARCIA

Debtor(s)                Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO REQUEST RESCHEDULE OF CONFIRMATION HEARING DATE

TO THE HONORABLE COURT:

Comes now DEBTOR(S) through the undersigned attorney and very respectfully alleges and pray.

(1) That in this case, the confirmation hearing is set for October 6, 2010.

(2) As per the Trustee's minutes several issues are to be addressed.

(3) Debtors understands that they may need more time to complete the requests of the Trustee.

WHEREFORE, debtor(s) respectfully prays that this Honorable Court take notice of the above stated, reschedule the confirmation for another 30 days after October 6, 2010 and to enter any other provision this court deem just and proper.

RESPECTFULLY SUBMITTED:

In Caguas, Puerto Rico this 24 day of September 2010.

CERTIFICATE OF SERVICE: It is hereby certified that on this same date a copy of this Motion have been remitted by mail to Alejandro Oliveras, Chapter 13 Trustee, and all creditors according to the up dated master list attach.

- - - - - - -/signature/- - - - - - - - - - -
LIC. JUAN R. SIERRA
BOX 5928
CAGUAS, P.R. 00726
PHONES/fax: 744-3175
USDC-205710

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-07007-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Fri Sep 24 15:47:24 AST 2010 | POPULAR AUTO<br>EDGAR A VEGA RIVERA<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME - SAN JUAN<br>C/O NILDA PIEIRO VILLANUEVA<br>PO BOX 11218, FNDZ JUNCOS STATION<br>SANTURCE, PR 00910-2318 | BANCO POPULAR DE PR<br>CARD PRODUCTS DIVISION<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 |
| BANCO POPULAR DE PR<br>COLLECTION DIVISION<br>P.O. BOX 71375<br>SAN JUAN, PR 00936-8475 | BANCO POPULAR DE PR<br>P.O. BOX 70354<br>SAN JUAN, PR 00936-8354 | CITIFINANCIAL<br>PO BOX 204<br>GURABO, PR 00778-0204 |
| CLARO<br>P.O. BOX 70366<br>SAN JUAN, PR 00936-8366 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | INTERNAL REVENUE SERVICE<br>PO BOX 219690<br>KASNSAS CITY, MO 64121-9690 |
| MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | MONEY EXPRESS<br>P.O. BOX 11890<br>SAN JUAN, PR 00922-1890 | NCO FINANCIAL SYSTEMS<br>PO BOX 15894<br>WILMINGTON, DE 19850-5894 |
| POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 | PUERTO RICO ADCQUISITION<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 |
| PUERTO RICO ELECTRIC POWER<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | R&G MORTGAGE CORPORATION<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR 00902-3593 | RG MORTGAGE CORPORATION<br>PO BOX 362394<br>SAN JUAN, PR 00936-2394 |
| SPRINT<br>P.O. BOX 219100<br>KANSAS CITY, MO 64121-9100 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ANA MARIA LOPEZ GARCIA<br>URB VEREDAS<br>596 CAMINO LOS JAZMINES<br>GURABO, PR 00778 |
| EDGARDO LUIS FEBO SALGADO<br>URB VEREDAS<br>596 CAMINO LOS JAZMINES<br>GURABO, PR 00778 | JUAN R SIERRA QUINONES<br>PO BOX 5928<br>CAGUAS, PR 00726-5928 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

End of Label Matrix
Mailable recipients 26
Bypassed recipients 0
Total 26